# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILES BROOKS-WASHINGTON, | |
| Plaintiff, | No. 3:12-CV-1982 |
| v. | (JUDGE CAPUTO) |
| JOHN DOE 1, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW** this 25th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED.**

(2) Pursuant to Plaintiff Miles Brooks-Washington's Notice for Voluntary Dismissal (Doc. 7) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge